CHARLES A. BONNER, ESQ. (SBN 85413)
A. CABRAL BONNER, ESQ. (SBN 247528)
LAW OFFICES OF BONNER & BONNER
475 GATE FIVE ROAD, SUITE 212
SAUSALITO, CA 94965
Tel: (415) 331-3070 / Fax: (415) 331-2738
Email: cbonner799@aol.com
Email: cabral@bonnerlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE BONNER,<br><br>Plaintiff,<br><br>v.<br><br>COVIDIEN, L.P., and MEDTRONIC, INC., inclusive,<br><br>Defendants. | Case No. 4:19-cv-05841-HSG<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE DEFENDANTS' TO MOTION TO DISMISS (ECF 13)** |

Plaintiff LORRAINE BONNER ("Plaintiff") and Defendants COVIDIEN, LP., and MEDTRONIC, INC., ("Defendants") (collectively the "Parties") hereby stipulate as follows:

WHEREAS, on or around October 18, 2019, Counsel for Defendants informed Counsel for Plaintiff that one of the COVIDIEN, L.P. limited partners was a California Citizen, thereby eliminating complete diversity and this Court's subject matter jurisdiction;

WHEREAS on October 22, 2019, Defendants filed a motion to dismiss based on lack of subject matter jurisdiction due to incomplete diversity and lack of personal jurisdiction as to MEDTRONIC, INC.;

WHEREAS based on Defendants' representation regarding diversity jurisdiction, on or around October 29, 2019, Plaintiff re-filed her complaint in Alameda County Superior Court. Also based on Defendant representation, Plaintiff prepared, with the intention to file, a stipulation to dismiss this action

without prejudice in order to pursue the state court action. Plaintiff therefore did not draft an opposition to Defendants' motion to dismiss (ECF 13), believing that the motion would be moot based on Plaintiffs stipulation to dismiss;

WHEREAS, on or around November 1, 2019, counsel for Defendants contacted counsel for Plaintiff, informing him that there had been an error regarding the citizenship of the Coviden L.P. limited partner who was thought to be a California citizen. Based on new information regarding this limited partner, there is complete diversity of the parties and this Court does have subject matter jurisdiction;

WHEREAS, Defendants have represented that Medtronic Inc. is not a proper defendant and the parties seek to meet and confer on options to remove Medtronic Inc. from the action without prejudicing Plaintiff's claims;

WHEREAS the hearing on Defendants' motion to dismiss (ECF 13) is set for March 5, 2020;

NOW, THEREFORE, the parties hereby stipulate by their signatures below, to an order by this Court, modifying the current briefing schedule for Defendants' Motion to Dismiss (ECF 13) as follows: Plaintiff's opposition to Defendant's Motion to Dismiss due by November 19, 2019; and Defendants' Reply Brief be due on November 26, 2019.

Dated:  November 5, 2019                    LAW OFFICES OF BONNER AND BONNER

*/s/A. Cabral Bonner*
A. Cabral Bonner
*Attorneys for Plaintiff*

Dated: November 5, 2019                     Respectfully Submitted

SHOOK, HARDY & BACON L.L.P.

By: /s/ *Edward Gaus*
     Edward Gaus

Attorney for Defendants
Covidien LP, also incorrectly denominated as Medtronic, Inc.

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Edward Gaus, counsel for Defendants, for the filing of this stipulation.

Dated: November 5, 2019                     LAW OFFICES OF BONNER AND BONNER


                                                */s/A. Cabral Bonner*
                                                A. Cabral Bonner
                                                *Attorneys for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Plaintiff's opposition to Defendant's Motion to Dismiss is due by November 19, 2019.

Defendants' Reply Brief is due by November 26, 2019.

DATED: 11/7/2019

By: *Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT COURT
HONORABLE JUDGE HAYWOOD S. GILLIAM, JR.