United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE BONNER,<br><br>    Plaintiff,<br><br>v.<br><br>COVIDIEN, LP., et al.,<br><br>    Defendants. | Case No. 19-cv-05841-HSG<br><br>**ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE GRANTED**<br><br>Re: Dkt. No. 13 |

Defendants filed a motion to dismiss on October 22, 2019. Dkt. No. 13. The parties filed a stipulation to extend the briefing schedule, which the Court granted on November 7, 2019. Dkt. No. 20. Per the Court's order, Plaintiff's opposition was due on November 19, 2019. *Id.*

To date, Plaintiff has not filed her opposition. The Court may interpret a failure to oppose a motion as a concession that the motion should be granted. *See GN Resound A/S v. Callpod, Inc.*, No. C 11-04673 SBA, 2013 WL 1190651, at *5 (N.D. Cal. Mar. 21, 2013) (construing plaintiff's failure to oppose defendant's argument as a concession of said argument); *see also Marziano v. Cty of Marin*, No. C-10-2740 EMC, 2010 WL 38955258, at *4 (N.D. Cal. Oct. 4, 2010) (interpreting plaintiff's failure to oppose defendant's motion to dismiss as a concession that the claim at issue should be dismissed).

Because Plaintiff failed to oppose Defendants' motion within the mandated period, the Court may, in its discretion, grant Defendants' motion. *See Marziano*, 2010 WL 38955258, at *4. The Court thus **ORDERS** Plaintiff to show cause by November 27, 2019 why Defendants' motion should not be granted in light of Plaintiff's failure to oppose the motion.

**IT IS SO ORDERED.**

Dated: 11/25/2019

                                                HAYWOOD S. GILLIAM, JR.
                                                United States District Judge