Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LORRAINE BONNER

        Plaintiff(s),

v.

COVIDIEN, L.P.,

        Defendant(s).

Case No: 4:19-CV-05841-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Bryan T. Pratt, an active member in good standing of the bar of Missouri & Kansas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Covidien, L.P. in the above-entitled action. My local co-counsel in this case is Edward Gaus, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Shook Hardy & Bacon, LLP, 2555 Grand Blvd. Kansas City, MO 64108 | Shook Hardy & Bacon, LLP, One Montgomery, Suite 2600, San Francisco, CA 94104 |
| My Telephone # of Record: (816) 474-6550 | Local Co-Counsel's Telephone # of Record: (415) 544-1900 |
| My Email Address of Record: bpratt@shb.com | Local Co-Counsel's Email Address of Record: egaus@shb.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: MO#48798; KS#19613.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/06/19

                                          Bryan T. Pratt
                                          APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Bryan T. Pratt is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/10/2019

                                          *Haywood S. Gilliam Jr.*
                                          UNITED STATES DISTRICT JUDGE

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Douglas T. Shima**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on April 28, 2000,

## Bryan Timothy Pratt

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 25th day of November, 2019.

**Active Status**

*Douglas T. Shima*
*Clerk of the Supreme Court of Kansas*

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/24/1999,

## Mr Bryan Timothy Pratt

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 3rd day of December, 2019.

*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri