SHOOK HARDY & BACON, LLP
Edward Gaus (SBN 289561)
One Montgomery, Suite 2600
San Francisco, California 94104
Telephone:  415.544.1900
Facsimile:  415.391.0281
eguas@shb.com

Bryan Pratt (*Admitted Pro Hac Vice*)
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone:    816.474.6550
Facsimile:     816.421.5547
bpratt@shb.com

Attorneys for Defendant Covidien LP, also
Incorrectly denominated as Medtronic, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE BONNER, | Case No. 4:19-cv-05841-HSG |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| COVIDIEN, LP., | |
| Defendant. | |

The Parties Joint Stipulation to postpone mediation and extend the deadline to complete mediation until July 10, 2020 is hereby GRANTED. The Parties will submit a joint status update regarding mediation on or before May 8, 2020.

**IT IS SO ORDERED** this 20th day of March, 2020.

*/s/ Haywood S. Gilliam Jr.*
JUDGE