1
2
3
4

SHOOK HARDY & BACON, LLP
Edward Gaus (SBN 289561)
One Montgomery, Suite 2600
San Francisco, California 94104
Telephone:   415.544.1900
Facsimile:   415.391.0281
eguas@shb.com

5
6
7

Bryan Pratt (*Admitted Pro Hac Vice*)
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone:      816.474.6550
Facsimile:      816.421.5547
bpratt@shb.com

8
9

Attorneys for Defendant Covidien LP, also
Incorrectly denominated as Medtronic, Inc.

10

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

LORRAINE BONNER,

Case No. 4:19-cv-05841-HSG

14

Plaintiff,

15

vs.

**STIPULATION AND [PROPOSED] ORDER THAT PLAINTIFF IS NOT SEEKING EMPLOYMENT-RELATED DAMAGES**

16

COVIDIEN, LP.,

17

Defendant.

18      Plaintiff LORRAINE BONNER ("Plaintiff") and Defendant COVIDIEN, LP. ("Defendant")

19  (collectively "the Parties") hereby stipulate as follows:

20      **WHEREAS** Plaintiff has represented that she was primarily retired and earned income

21  selling artwork at the time of her November 28, 2017 surgery;

22      **WHEREAS** Plaintiff has represented that she did not sustain any meaningful employment-

23  related damages following her November 28, 2017 surgery because she was previously only working

24  minimally and her ability to sell her artwork was not impacted;

25      **NOW, THEREFORE,** the Parties agree that Plaintiff is not seeking any employment-related

26  damages—including lost wages and lost earning capacity—in the above-referenced matter.  The

27  stipulation does not operate as an admission of liability or responsibility for such losses, but is

28  instead intended to simplify the matter and streamline discovery by stating uncontested issues of

1  fact.

2  Dated: June 22, 2020                                Respectfully Submitted,

3                                                      By: */s/ Edward Gaus*
                                                           Edward Gaus
4                                                          Shook, Hardy & Bacon L.L.P.
                                                           One Montgomery, Suite 2600
5                                                          San Francisco, California 94104
                                                           Telephone:   415.544.1900
6                                                          Facsimile:   415.391.0281
                                                           eguas@shb.com
7
                                                    *Attorney for Defendant Covidien, LP*
8
                                                      By: */s/ A. Cabral Bonner*
9                                                          A. Cabral Bonner
                                                           Law Offices of Bonner & Bonner
10                                                         475 Gate Five Rd., Suite 211
                                                           Sausalito, CA 94965
11                                                         Telephone:   415.331.3070
                                                           Facsimile:   415.331.2738
12                                                         cabral@bonnerlaw.com

13                                                  *Attorney for Plaintiff Lorraine Bonner*

14
                                              **SIGNATURE ATTESTATION**
15
              In compliance with Civil Local Rule 5.1, I hereby attest that I have obtained permission from
16
17  A. Cabral Bonner, counsel for Plaintiff, to file this stipulation.

18                                                  SHOOK, HARDY & BACON L.L.P.

19                                                  By: */s/ Edward Gaus*
                                                        Edward Gaus
20                                                      Attorney for Defendant Covidien LP

21
    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
22
23  Dated: _____6/23/2020_____

24                                                  By: *Haywood S. Gill, Jr.*

25                                                      UNITED STATES DISTRICT COURT

26

27

28
                                                         2
                                      STIPULATION AND [PROPOSED] ORDER THAT PLAINTIFF
                                      IS NOT SEEKING EMPLOYMENT-RELATED DAMAGES
                                      CASE NO. 4:19-CV-05841-HSG