Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LORRAINE BONNER )
                 Plaintiff(s), ) Case No: 4:19-cv-05841-HSG
v. )
COVIDIEN, L.P. ) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** ; ORDER
                 Defendant(s). ) (CIVIL LOCAL RULE 11-3)

I, John Lawrence Ackley, an active member in good standing of the bar of Texas and Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Covidien, L.P. in the above-entitled action. My local co-counsel in this case is Edward Gaus, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Shook Hardy & Bacon, LLP 600 Travis St., Suite 3400, Houston, TX 77002 | Shook Hardy & Bacon LLP, One Montgomery, Suite 2600, San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (713) 546-5641 | (415) 544-1900 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jackley@shb.com | egaus@shb.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: TX 24108036; MN 0399090.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/31/20

                                                        John Lawrence Ackley
                                                               APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John Lawrence Ackley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/10/2020

                                                      *Haywood S. Gill*
                                         UNITED STATES DISTRICT JUDGE *October 2012*

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**John Lawrence  Ackley**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 9th day of May, 2018.

I further certify that the records of this office show that, as of this date

**John Lawrence  Ackley**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 27th day of August, 2020.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 1778C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

**JOHN LAWRENCE ACKLEY**

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 27, 2017

Given under my hand and seal of this court on

August 28, 2020

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration