CHARLES A. BONNER, ESQ. (SBN 85413)
A. CABRAL BONNER, ESQ. (SBN 247528)
LAW OFFICES OF BONNER & BONNER
475 GATE FIVE ROAD, SUITE 212
SAUSALITO, CA 94965
Tel: (415) 331-3070 / Fax: (415) 331-2738
Email: cbonner799@aol.com
Email: cabral@bonnerlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE BONNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COVIDIEN, L.P.,<br><br>　　　　Defendant. | Case No.   4:19-cv-05841-HSG<br><br>**CORRECTED STIPULATION AND ORDER TO ALLOW PLAINTIFF TO FILE AN AMENDED COMPLAINT** |

　　　　Plaintiff LORRAINE BONNER ("Plaintiff") and Defendant COVIDIEN, LP., ("Defendant") (collectively the "Parties") hereby stipulate as follows:

　　　　WHEREAS, on or around September 19, 2019, Plaintiff filed this action based on information and facts available to her at the time, including the specific defective stapler;

　　　　WHEREAS on September 15, 2020, Parties took the deposition of the surgeon involved in subject surgery and confirmed the specific stapler used in the procedure that Plaintiff alleges was defective;

　　　　WHEREAS based on the information learned during deposition, the parties have met and conferred and agree that the complaint should be amended to name to correct stapler;

　　　　WHEREAS the amendment is intended to ensure that the complaint comports with the facts and will not require any modification to the current pretrial schedule;

NOW, THEREFORE, the parties hereby stipulate by their signatures below, to an order by this Court, allowing Plaintiff to file an amended complaint correcting the name of the stapler at issue.

Dated:  December 7, 2020          LAW OFFICES OF BONNER AND BONNER

*/s/A. Cabral Bonner*
A. Cabral Bonner
*Attorneys for Plaintiff*

Dated: December 7, 2020           Respectfully Submitted

SHOOK, HARDY & BACON L.L.P.

By: */s/ Edward Gaus*
        Edward Gaus

Attorney for Defendant

### SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence of Edward Gaus, counsel for Defendant, for the filing of this stipulation.

/s/ *A. Cabral Bonner*
A. CABRAL BONNER, ESQ.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

The Plaintiff may file an Amended Complaint correcting the name of the stapler at issue.

DATED: 12/9/2020

By: *Haywood S. Gill Jr.*
UNITED STATES DISTRICT COURT
HONORABLE HAYWOOD S. GILLIAM, JR.