SHOOK HARDY & BACON, LLP
Edward Gaus (SBN 289561)
egaus@shb.com
One Montgomery, Suite 2600
San Francisco, California 94104
Telephone:   415.544.1900
Facsimile:   415.391.0281

Attorney for Defendant Covidien LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LORRAINE BONNER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COVIDIEN, LP.,<br><br>　　　　Defendant. | Case No. 4:19-cv-05841-HSG<br><br>**ORDER** |
|---|---|

　　　The Parties' Joint Stipulation of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(ii) is hereby **GRANTED**. Therefore, the above-titled matter is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 16th day of February, 2021.

*/s/ Haywood S. Gilliam, Jr.*
JUDGE HAYWOOD S. GILLIAM, JR.